JS-6

IN THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION - SANTA ANA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, N.D.,<br><br>Plaintiff,<br>vs.<br>PRIMELENDING, A PLAINS CAPITAL COMPANY, STEWART TITLE GUARANTY COMPANY, ELENDER SERVICES, LLC, ELENDER ESCROW, INC., NETCO, INC., SHELLY A. HICKSON, LAWYERS TITLE OF NEVADA, INC., AMY CHRISTINE TUECKES, CORINTHIAN TITLE COMPANY, INC., COMMONWEALTH LAND TITLE CO., MARK RUSSELL, RUSSELL BISZANTZ, AND JEFFREY H. BROWN, NETCO TITLE, INC. AND STEPHANIE R. DRYE, U.S. BANK NATIONAL ASSOCIATION ND<br><br>Defendant, | Case No.: 8:13-CV-00887-DOC-ANx<br><br>**FINAL JUDGMENT AGAINST DEFENDANTS RUSSELL BISZANTZ, ELENDER ESCROW, INC., AND ELENDER SERVICES, LLC AND ORDER [282]** |

**THIS CAUSE** came before the Court upon Plaintiff U.S. Bank National Association, N.D.'s Motion for Default Judgment Pursuant to Rule 55(b) Fed. R. P, filed on October 3, 2013. ECF# 278. An executed proof of services appears in the records for Defendants Russell Biszantz, Elender Escrow, Inc., and Elender Services, LLC. ECF# 279. Defendants Russell Biszantz, Elender Escrow, Inc., and Elender

-1-

Services, LLC have failed to answer or otherwise respond to the Complaint or appear in this action. A Clerk's Default was accordingly entered against the Russell Biszantz, Elender Escrow, Inc., and Elender Services, LLC on May 22 & 23, 2013. ECF#s 265 & 266. The Plaintiff U.S. Bank National Association, N.D. moved for Default Judgment against Defendants Russell Biszantz, Elender Escrow, Inc., and Elender Services, LLC, which the Court, in its discretion has determined should be entered in part and denied in part. ECF# 281. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants Russell Biszantz, Elender Escrow, Inc., and Elender Services, LLC are jointly and severally liable to Plaintiff U.S. Bank National Association, N.D., for fraud, conversion, and negligence in the amount of $1,347,741.

**IT IS FURTHERED ORDERED**, that the $150,595.01 that is currently being held by the U.S. Marshal's office in the present or related lawsuits styled *U.S. Bank National Association, N.D. v. Elender Escrow, Inc., et al.*, Case No. 8:09-CV-01203-DOC-AN and *U.S. Bank National Association, N.D. v. Elender Escrow, Inc., et al* Case No. 8:13-cv-00933-DOC-AN is to be released and paid to "U.S. Bank National Association, N,D." and sent to counsel of record.

Dated: December 2, 2013

*David O. Carter*
_____
Honorable David O. Carter,
United States District Judge